**SAO**
NEAL O. CHAMBERS, NSB 8021
JOEL G. SELIK, NSB 402
CHAMBERS & SELIK, LLP
1055 E. Tropicana Ave.
Suite 300
Las Vegas, NV 89119
Tel:  (702) 891-8400
Fax:  (702) 789-2004
Neal.Chambers@ChambersSelik.*com*
*Attorneys for Plaintiffs*
*Loretta and Carl Gunterman*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORETTA G. GUNTERMAN and CARL J. GUNTERMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC, FISERV FULFILLMENT SERVICES, INC., and DOES I-X , ROES I-X, inclusive; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO.: 2:09-cv-00868

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND TO EXPUNGE LIS PENDENS**

The parties hereto, through their respective counsel of record, hereby stipulate and agree as follows:

1.      The within Complaint shall be dismissed with prejudice as against the Defendants NationStar Mortgage, LLC and Fiserv Fulfillment Services, Inc., with the parties to bear their own attorneys' fees and costs of suit, and Nationstar Mortgage, LLC and Fiserv Fulfillment Services, Inc., shall be released and discharged from all claims herein alleged by Plaintiffs.

2.      There being no just reason for delay, the parties herein stipulate that the Court shall direct the entry of final judgment against Plaintiffs in favor of Nationstar Mortgage, LLC and Fiserv Fulfillment Services, Inc., pursuant to NRCP 54(b).

3.      The Notice of Pendency of Action (Instrument No. 20090408-02966)("Lis Pendens") that Plaintiffs recorded against the property that is the subject of this action (8844 Manalang Rd., Las Vegas, NV 89123, Parcel No. 177-15-413-033) on or about April 8, 2009, shall be cancelled, and this cancellation shall have the effect of an expungement of the recorded Lis Pendens, which Lis Pendens shall have no force or effect.

4.      Pursuant to NRS 14.015(5), Plaintiffs, Loretta and Carl Gunterman  ("Plaintiffs") shall record a copy of this Order (or other appropriate notice) cancelling the Lis Pendens with the Clark County Recorder's Office within five (5) business days of its entry, and if there is a failure to do so, any party may do so.

5.      Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of  Nationstar Mortgage, LLC and/or Fiserv Fulfillment Services, Inc. (or any of their affiliates, predecessors, successors, and assigns) relating to the subject property and/or any mortgage, security interest, or foreclosure relating to the subject property.

///
///
///
///
///
///
///
///
///
///
///
///

6.     The parties advise the Court that Nationstar Mortgage, LLC and Fiserv Fulfillment Services, Inc., are the only defendants that have appeared in this action, and no trial date has been set in this matter.

Dated: _____9/25/09_____            Dated: _____9/25/09_____
/s/ Neal O. Chambers, Esq.                  /s/ Kristin A. Schuler-Hintz, Esq.

_____         _____
NEAL O. CHAMBERS, NSB 8021                  KRISTIN A. SCHULER-HINTZ, NSB 7171
JOEL G. SELIK, NSB 402                      MCCARTHY &  HOLTHUS, LLP
CHAMBERS & SELIK, LLP                        811 SOUTH SIXTH STREET
1055 E. Tropicana Ave.                      LAS VEGAS, NV 89101
Suite 300                                    Tel: (702) 685-0329
Las Vegas, NV 89119                         Fax: (866) 339-5691
Tel:  (702) 891-8400                        khintz@mccarthyholthus.com
Fax:  (702) 789-2004                        *Attorneys for Defendant*
Neal.Chambers@ChambersSelik.com             *Nationstar Mortgage, LLC*
*Attorneys for Plaintiffs*
*Loretta and Carl Gunterman*

Dated:__9/25/09_____
__/s/ Shane J. Young_____
ARIEL E. STERN, NSB 8276
SHANE J. YOUNG, NSB 9457
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NV 89106
Tel: (702) 471-7000
Fax (702) 471-7070
sterna@ballardspahr.com
*Attorneys for Defendant*
*Fiserv Fulfillment Services, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2009.

_____
UNITED STATES  DISTRICT JUDGE

_____
NEAL O. CHAMBERS, NSB 8021
JOEL G. SELIK, NSB 402
CHAMBERS & SELIK, LLP
1055 E. Tropicana Ave.
Suite 300
Las Vegas, NV 89119
Tel:  (702) 891-8400
Fax:  (702) 789-2004
Neal.chambers@chambersselik.com
*Attorneys for Plaintiffs*
*Loretta and Carl Gunterman*